UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In Re: | § § § | |
| | § | Case No. 05-46238 |
| Kelley Jean Ham | § § | |
| Debtor | § | (Chapter 7) |

NOTICE OF DEPOSIT OF DIVIDENDS TO THE COURT REGISTRY
UPON THE EXPIRATION OF 90 DAYS PAST CHECKS CUT DATE

COMES NOW Michelle H. Chow, Trustee, and files this Notice of Deposit of Dividends to the Court Registry Upon the Expiration of 90 Days Past Checks Cut Date.

1. The Trustee's Final Report and Notice of Trustee's Final Report were filed on March 19, 2012.

2. Checks were processed and mailed to appropriate creditors on May 1, 2012.

3. Check #1007 in the amount of $2,316.54 was issued on May 1, 2012 for:

> MBNA America Bank, N.A.
> Claim #8
> Amount allowed: $14,335.51
> Amount of check #1007 $2,316.54

4. The Trustee has not received the check back and placed a stop payment on the check on August 8, 2012 after confirmation from the printed Bank of America bank statements indicated this check had not yet cleared. Due to this Trustee's move of banking institutions to Bank of Kansas City and the difficulty of overseeing the banking from a previous institution, along with the expiration of 90 days past the checks cut date, the Trustee has determined it is appropriate to send the funds to the registry of the Court and to send required plus additional notice to possible addresses of the creditor.

5. Pursuant to Bankruptcy Rule §347, the Trustee has stopped payment on check #1007 and will remit the amount of this check for $2,316.54 into the Court registry upon expiration of 90 days past the check cut date.

6. The Trustee hereby gives notice of deposit of check number #1008, dated August 21, 2012 in the amount of $2,316.54 to the court registry for this claim.

Respectfully Submitted,

/s/Michelle H. Chow
Michelle H. Chow, Trustee

        4115 N. Central Expressway
Dallas, TX 75204
214-521-6627 p214-320-2966 f
CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

This certifies that a copy of the foregoing pleading has been served via first class mail, postage prepaid, on all parties listed on the attached service list on August 21, 2012.
Z:\HAM, KELLEY JEAN [05-46238]\Notice of Deposit 90 days.wpd

/s/Michelle H. Chow
Michelle H. Chow

BECKET AND LEE LP
POB 3001
MALVERN, PA 19355-0701

CHASE BANK USA NA
PO BOx 15145
Wilmington, DE 19850-5145

eCAST Settlement Corporation assignee of HSB
POB 35480
Newark, NJ 07193-5480

FIA CARD SERVICES, N.A.
PO Box 15102
Wilmington, DE 19886-5102

George Peyrot
119 E. Main Street
Richardson, TX 75081-3328

Kelley Jean Ham
240 CR 111
Whitesboro, TX 76273-4722

MBNA America
Platinum Plus
PO Box 15137
Wilmington DE  19886-5137

MBNA America
MLB Texas Rangers
PO Box 15137
Wilmington DE  19886-5137

MBNA America Bank N.A.
Mailstop DE5-014-02-03
PO Box 15168
Wilmington, DE 19850-5168

Merv Bernard Waage
8350 South Stemmons
Hickory Creek, TX 75065-7590

PYOD LLC (AS POSSIBLE SUCCESSOR)
c/o Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

RECOVERY MANAGEMENT SYSTEMS CORP
25 SE 2ND AVE SUITE 1120
MIAMI, FL 33131-1605

United States Trustees Office
110 North College Avenue
Suite 300
Tyler TX  75702-7231